| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **90 Downing St LP** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1177503** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **114 East 13th Street** **New York, NY 10003** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** County | **Location of principal assets, if different from principal place of business** **90 Downing Street Brooklyn, NY 11238** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor    **90 Downing St LP**                                                    Case number (*if known*) _____
      Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5313**

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | _____ | | _____ | | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **27 Putnam Ave LP** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **NYSB** | When | **10/25/19** | Case number, if known | **19-13412** |

Debtor   **90 Downing St LP**                                    Case number (*if known*) _____

Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **90 Downing St LP** _____ Case number (*if known*) _____
Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 25, 2019**
MM / DD / YYYY

X **/s/ David Scheible** _____
Signature of authorized representative of debtor

**David Scheible** _____
Printed name

Title **Clinton Hill GP LLC, by David Scheible, authorized signatory** _____

**18. Signature of attorney**

X **/s/ Mark Frankel** _____ Date **October 25, 2019**
Signature of attorney for debtor MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Thrid Avenue**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 593-1100** Email address _____

**1989 NY**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **90 Downing St LP** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlantic Intercom Services 652 Central Park Ave Yonkers, NY 10704** | | **Vendor** | | | | **$278.00** |
| **Berline Lucien 1564 Union St. Apt 3C Brooklyn, NY 11213** | | **Unknown** | | | | **$0.00** |
| **Big Mike's A/C 269 Links Dr. W Oceanside, NY 11572** | | **Vendor** | | | | **$537.00** |
| **Jack Jaffa 147 Prince Street Brooklyn, NY 11201** | | **Vendor** | | | | **$1,050.00** |
| **Miguels Locksmith 672 4th Ave Ste 2 Brooklyn, NY 11232** | | **Vendor** | | | | **$230.00** |
| **National Grid Accounts Processing One MetroTech Center Brooklyn, NY 11201** | | **Utilities** | | | | **$927.00** |
| **New York City ECB 99 John St New York, NY 10038** | | **Possible Violations** | | | | **$0.00** |
| **New York City HPD 100 Gold St New York, NY 10038** | | **Possible Violations** | | | | **$0.00** |
| **NYC Department of Finance 66 John Street New York, NY 10038** | | **Possible Tax** | | | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **90 Downing St LP**                                         Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYC Water Board PO Box 11863 Newark, NJ 07101-8163** | | **Utility** | **Unliquidated** | | | **$35,290.00** |
| **NYS Dept of Tax & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205** | | **Possible Tax** | | | | **$0.00** |
| **Rosenblum & Bianco LLP 100 Merrick Road, Suite 306E Rockville Centre, NY 11570** | | **Legal** | | | | **$1,461.00** |
| **Time Warner Cable 41-61 Kissena Blvd. Flushing, NY 11355** | | **Utility** | **Unliquidated** | | | **$491.00** |
| **Tuttle Yick LLP 220 E 42 St Fl 29 New York, NY 10017** | | **Legal** | | | | **$171.00** |
| **Webster Lock & Hardware 2471 Webster Ave Bronx, NY 10458** | | **Vendor** | | | | **$1,513.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    __90 Downing St LP_____    Case No. _____
                                    Debtor(s)    Chapter    __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ClintonHill Mezz Borrower LP**<br>**114 East 13th Street**<br>**New York, NY 10003** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Clinton Hill GP LLC, by David Scheible, authorized signatory** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 25, 2019**_____    Signature    **/s/ David Scheible**_____
                                                            **David Scheible**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **90 Downing St LP**                                              Case No.
                                         Debtor(s)         Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Clinton Hill GP LLC, by David Scheible, authorized signatory of the partnership named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 25, 2019**                    **/s/ David Scheible**

                                              **David Scheible/Clinton Hill GP LLC, by David Scheible,**
                                              **authorized signatory**
                                              Signer/Title

```
Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


City of New York
NYC Law Department
100 Church St
New York, NY 10007


NYC Department of Finance
66 John Street
New York, NY 10038


Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022


27 Putnam Ave LP
114 East 13th Street
New York, NY 10003
```

423 Grand Ave LP
114 East 13th Street
New York, NY 10003

429 Grand Ave LP
114 East 13th Street
New York, NY 10003

Andrea Stephens
90 Downing St
Unit 12
Brooklyn, NY 11238

Atlantic Intercom Services
652 Central Park Ave
Yonkers, NY 10704

Berline Lucien
1564 Union St. Apt 3C
Brooklyn, NY 11213

Big Mike's A/C
269 Links Dr. W
Oceanside, NY 11572

Bryan J Vargas
90 Downing St
Unit 20
Brooklyn, NY 11238

Carson Keely Orr, Micahel McFadden
90 Downing St
Unit 28
Brooklyn, NY 11238

Charlene Sheppard Duncan
90 Downing St
Unit 3
Brooklyn, NY 11238

Christopher Baker
90 Downing St
Bsmt
Brooklyn, NY 11238

Clarence Bookman
90 Downing St
Unit 2
Brooklyn, NY 11238


Cristian Dela Rosa
90 Downing St
Unit 5
Brooklyn, NY 11238


Cristina Nehme
90 Downing St
Unit 11
Brooklyn, NY 11238


Darren Fails
90 Downing St
Unit 24
Brooklyn, NY 11238


Deon Brown
90 Downing St
Unit 15
Brooklyn, NY 11238


Devon Smith
90 Downing St
Unit 32
Brooklyn, NY 11238


Dorothy Daniels
90 Downing St
Unit 19
Brooklyn, NY 11238


DS-CREF3 Clinton Senior Notebuyer LLC
114 East 13th Street
New York, NY 10003


Elaine Sloan
90 Downing St
Unit 14
Brooklyn, NY 11238

Elena Lunyova
90 Downing St
Unit 39
Brooklyn, NY 11238


Elisabeth Marangoudakis
90 Downing St
Unit 8
Brooklyn, NY 11238


Harlee Gause
90 Downing St
Unit 34
Brooklyn, NY 11238


Jack Jaffa
147 Prince Street
Brooklyn, NY 11201


Jana Cunningham
90 Downing St
Unit 18
Brooklyn, NY 11238


Jaye Melino, Soham Joglekar
90 Downing St
Unit 40
Brooklyn, NY 11238


Jeffrey Robinson
90 Downing St
Unit 25
Brooklyn, NY 11238


Jose Urquijo
90 Downing St
Unit 22
Brooklyn, NY 11238


Kathleen Lundgren
90 Downing St
Unit 4
Brooklyn, NY 11238

Kathyann Forsyth
90 Downing St
Unit 36
Brooklyn, NY 11238


Kurlene John
90 Downing St
Unit 30
Brooklyn, NY 11238


Louis Vitelli
90 Downing St
Unit 41
Brooklyn, NY 11238


Lucas Dowiak
90 Downing St
Unit 1
Brooklyn, NY 11238


Madaline McKay
90 Downing St
Unit 26
Brooklyn, NY 11238


Mark Howard
90 Downing St
Unit 27
Brooklyn, NY 11238


Mattie Stewart
90 Downing St
Unit 10
Brooklyn, NY 11238


Michael Nacmias
90 Downing St
Unit 37
Brooklyn, NY 11238


Miguels Locksmith
672 4th Ave Ste 2
Brooklyn, NY 11232

Mikael Johnson
90 Downing St
Unit 16
Brooklyn, NY 11238


National Grid
Accounts Processing
One MetroTech Center
Brooklyn, NY 11201


New York City ECB
99 John St
New York, NY 10038


New York City HPD
100 Gold St
New York, NY 10038


Nicole Sweet
90 Downing St
Unit 38
Brooklyn, NY 11238


NYC Water Board
PO Box 11863
Newark, NJ 07101-8163


Paige Regalado, Felix Emiliano-Vargas
Marya Friedman
90 Downing St. Unit 9
Brooklyn, NY 11238


Patricia Niles
90 Downing St
Unit 6
Brooklyn, NY 11238


Rosenblum & Bianco LLP
100 Merrick Road, Suite 306E
Rockville Centre, NY 11570


Sarah Carpenter
90 Downing St
Unit 30
Brooklyn, NY 11238

Time Warner Cable
41-61 Kissena Blvd.
Flushing, NY 11355


Tuttle Yick LLP
220 E 42 St Fl 29
New York, NY 10017


Vanessa Poole
90 Downing St
Unit 7
Brooklyn, NY 11238


Webster Lock & Hardware
2471 Webster Ave
Bronx, NY 10458


Whitney Vairin, Jennifer Hansen
90 Downing St
Unit 33
Brooklyn, NY 11238

## United States Bankruptcy Court
### Southern District of New York

In re    **90 Downing St LP**                                   Case No.

                                        Debtor(s)    Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Scheible, declare under penalty of perjury that I am an authorized Signatory of **Clinton Hill GP LLC, the general partner of 90 Downing St LP**, and that the following is a true and correct copy of the resolutions adopted at a special meeting duly called and held on the 22nd day of October, 2019.

"Whereas, it is in the best interest of this LP to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection wit h such bankruptcy case, and

Be It Further Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to employ the law firm of Backenroth Frankel & Krinsky, LLP in such bankruptcy case."

Date  October 22, 2019                          Signed  **/s/** David Scheible

Resolution of **90 Downing St LP**

Whereas, it is in the best interest of this LP to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case; and

Be It Further Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents in connection with such bankruptcy case, and

Be It Further Resolved, that Clinton Hill GP LLC, by David Scheible, authorized signatory is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case.