UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     27 Putnam Ave LP, | Case No. 19-13412 (MKV) |
|                     Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     90 Downing St LP, | Case No. 19-13413 (MKV) |
|                     Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     423 Grand Ave LP, | Case No. 19-13414 (MKV) |
|                     Debtor | |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|     429 Grand Ave LP, | Case No. 19-13415 (MKV) |
|                     Debtor. | |

------------------------------------------------------------x

## **<u>ORDER PURSUANT TO RULE 1015(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>**

Upon the motion (the "Motion") of 27 Putnam Ave LP and its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an Order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and providing for their joint administration [ECF No. 6]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being

proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no further notice of the Motion is required under the circumstances; and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

The Motion is granted as set forth below.

1. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 19-13412.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Debtors' Chapter 11 Cases.

3. The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                         Chapter 11

    27 Putnam Ave LP, *et al*,[1]                 Case no. 19-13412 (MKV)
                                                             Jointly Administered
               Debtor.
----------------------------------------------------------x

---

1. The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 27 Putnam Ave LP (7503); 90 Downing St LP (7503); 423 Grand Ave LP (7503); and 429 Grand Ave LP (7503).

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case, directing the joint administration of this case with the case of 27 Putnam Ave LP, Case No. 19-13412(MKV).
>
> All original pleadings shall be captioned as indicated in the preceding paragraph and all original docket entries shall be made in the case of 27 Putnam Ave LP, Case No. 19-13412 (MKV).

5. Notwithstanding anything to the contrary contained herein, proofs of claim against each particular debtor shall bear the case name and case number of the relevant debtor and shall be filed and docketed in the individual case of the relevant debtor.

6. Monthly operating reports shall be filed on a consolidating (not consolidated) basis. These reports shall contain on a consolidating basis the information required for each debtor that tracks and breaks out all of the specific information, e.g. receipts, disbursements, profit and loss statements, balance sheets and other required information on a debtor-by-debtor basis.

Dated: New York, New York
November 1, 2019

    *s/ Mary Kay Vyskocil*
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge